IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**RUSHAWN SMITH** **PLAINTIFF**

**V.** **CIVIL ACTION NO: 3:09-CV-668-DPJ-FKB**

**KOCH FOODS OF MISSISSIPPI, LLC,** **DEFENDANT**

## ORDER

**THIS MATTER** is before the Court on the Plaintiff's unopposed motion for an extension of time to complete discovery and an extension of the motion deadline. Finding the motion both unopposed and well taken, the Court finds that the Plaintiff's motion should be, and hereby is, granted.

**IT IS ORDERED** that all discovery in this matter will be completed on or before September 1, 2010. All motions other than motions *in limine* will be filed on or before September 15, 2010.

**SO ORDERED**, this the 13th day of July, 2010.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE