UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**RUSHAWN SMITH**                                                                 **PLAINTIFF**

ACTION NO.:
V.                            3:09cv668-DPJ-FKB

**CIVIL**

**KOCH FOODS OF MISSISSIPPI, LLC**                                  **DEFENDANT**

### MOTION TO WITHDRAW AS ATTORNEY

**COMES NOW** VICTORIA J. PRINCE and moves this honorable Court for leave to withdraw as counsel for the Plaintiff in this matter. In support thereof, Plaintiff would show unto the Court the following facts, to-wit:

1. Victoria J. Prince is an associate attorney in the law firm of Louis H. Watson, Jr., P.A.

2. Undersigned counsel has resigned her employment with the firm and seeks leave to withdraw from representing the Plaintiff in this case.

3. Louis H. Watson, Jr. and the firm of Louis H. Watson, Jr., P.A. will continue to represent the Plaintiff.

4. No party will be prejudiced by the relief sought in this motion.

**WHEREFORE PREMISES CONSIDERED**, VICTORIA J. PRINCE respectfully requests leave to withdraw as counsel for the Plaintiff in this case.

THIS the 20th day of August, 2010.

Respectfully submitted,

                                                      s/ Victoria J. Prince
                                                      Victoria J. Prince (MB# 103090)
                                                      Attorney for Plaintiff

OF COUNSEL:

LOUIS H. WATSON, JR., P.A.
628 N. State Street
Jackson, Mississippi 39202-3303
Telephone: (601) 968-0000
Fax: (601) 968-0010
victoria@louiswatson.com

## CERTIFICATE OF SERVICE

    I, VICTORIA J. PRINCE, do hereby certify that I have this day caused a true and correct copy of the above and foregoing document to be served upon the following counsel of record:

    Abizer Zanzi, Esquire
    300 South Wacker Drive, Suite 3400
    Chicago, Illinois 60606
    az@franczek.com

    Stephen J. Carmody, Esquire
    Brunini, Grantham, Grower & Hewes, PLLC
    P.O. Drawer 119
    Jackson, Mississippi 39205
    scarmody@brunini.com

THIS the 20th day of August, 2010.

                                                      *s/ Victoria J. Prince*
                                                      VICTORIA J. PRINCE